1  **RICHARD P. BERMAN #55462**
   **Attorney at Law**
2  2333 MERCED STREET
   FRESNO, CA 93721
3  PHONE (559) 438-7425
   FAX (559) 233-6947
4

5  ATTORNEY FOR     Defendant, RAFAEL MANZO

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                    * * * * * * * *

11 | UNITED STATES OF AMERICA,     Case No.:    CRF-07-00142-LJO

12 |     Plaintiff,               **STIPULATION TO CONTINUE**
                                  **HEARING DATE AND**
13 |     vs.                      **ORDER**

14 | RAFAEL MANZO,

15 |     Defendant.

16

17      The parties herein, through their respective counsel, hereby agree and stipulate that the

18 status hearing currently set for November 8, 2007, at 9:00 a.m. be continued to December 14,

19 2007, at 9:00 a.m.

20      This continuance is requested to allow counsel to receive the Northern District's ruling on

21 Defendant's discovery motion.

22      Counsel for all parties agree that there is good cause for this continuance.

23 ///

24 ///

25 ///

26 ///

27      The delay resulting from this continuance shall be excluded in the interests of justice

28 under 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A), and (h)(8)(B)(i).

1     Dated: November 7, 2007.  Respectfully submitted,

2                                       LAW OFFICE OF RICHARD P. BERMAN

4                             By  /s/ RICHARD P. BERMAN
5                               RICHARD P. BERMAN
                                Attorney for Defendant,
6                                 RAFAEL MANZO

7     Dated: November 7, 2007.   McGREGOR W. SCOTT
                                United States Attorney

10                             By /s/ SHEILA OBERTO
                              SHEILA OBERTO
11                             Assistant U.S. Attorney

12                                   *******

13                                   **ORDER**

14     **IT IS SO ORDERED.**

15 IT IS SO ORDERED.

16 **Dated:   November 7, 2007**            /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE