**RICHARD P. BERMAN #55462**
**Attorney at Law**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 438-7425
FAX (559) 233-6947

ATTORNEY FOR   Defendant, RAFAEL MANZO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.:   CRF-07-00142-LJO** |
| **Plaintiff,** | **STIPULATION TO CONTINUE SENTENCING DATE AND ORDER** |
| **vs.** | |
| **RAFAEL MANZO,** | |
| **Defendant.** | |

Good cause appearing therefore,

IT IS HEREBY STIPULATED between the parties herein, through their respective counsel, that the sentencing hearing currently set for December 19, 2008, at 10:00 a.m. be continued to January 9, 2009, at 10:00 a.m.

///
///
///
///
///
///
///
///

1

2    The delay resulting from this continuance shall be excluded in the interests of justice

3 under 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A), and (h)(8)(B)(I).

4    Dated: December 18, 2008.  Respectfully submitted,

5              LAW OFFICE OF RICHARD P. BERMAN

6

7            By  /s/ RICHARD P. BERMAN
               RICHARD P. BERMAN

8               Attorney for Defendant,
               RAFAEL MANZO

9

10    Dated: December 19, 2008.  McGREGOR W. SCOTT
              United States Attorney

11

12

13           By /s/ MARK McKEON
             MARK McKEON

14             Assistant U.S. Attorney

15            *******

16            **ORDER**

17   Good cause exists for medical reasons.  The date for

18 sentencing is continued as agreed to by parties.

19 IT IS SO ORDERED.

20 **Dated: December 19, 2008**     **/s/ Lawrence J. O'Neill**
             UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28